**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03156-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

STEPHEN H. KNORR,

      Plaintiff,

v.

CHIEF FINANCIAL OFFICER (CFO) BRUCE R. THOMPSON, dba CFO BRUCE R.
     THOMPSON BANK OF AMERICA, N.A., and
BANK OF AMERICA N.A. eta l JOHN DOE 1-100, SUCCESSOR BY MERGER BAC
     HOME LOANS SERVING, LP FKA COUNTRYWIDE HOME LOANS, LP,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

     Plaintiff, Stephen H. Knorr, currently resides in Colorado Springs, Colorado.  Mr.

Knorr has submitted a Complaint pursuant to 28 U.S.C. §§ 1331 and 1343(A)(3)(4) and

42 U.S.C. § 1983.

     As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has

determined that the submitted documents are deficient as described in this Order.  Mr.

Knorr will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Mr. Knorr files in response to this Order must include the civil action number

on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __     is not submitted
(2)   __     is not on proper form (must use the Court's current form)
(3)   __     is missing original signature by Plaintiff
(4)   __     is missing affidavit
(5)   __     affidavit is incomplete
(6)   __     affidavit is not notarized or is not properly notarized
(7)   __     names in caption do not match names in caption of complaint, petition or

|        |       | application |
|--------|-------|-------------|
| (8)    | X     | other: <u>Does not include the signature page of the Court-approved form</u> |

**Complaint or Petition**:

| (9)  | __  | is not submitted |
|------|-----|------------------|
| (10) | __  | is not on proper form (must use the court's current form) |
| (11) | __  | is missing an original signature by the Plaintiff |
| (12) | __  | is incomplete |
| (13) | __  | uses et al. instead of listing all parties in caption |
| (14) | __  | names in caption do not match names in text |
| (15) | __  | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (16) | X   | other: <u>Does not include a signature.  Also, Mr. Knorr's Motion for Ex Parte Order to Temporary Injunction/Restraining Order is not signed by Plaintiff.</u> |

Accordingly, it is

ORDERED that Mr. Knorr cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Mr. Knorr files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Mr. Knorr shall obtain the Court-approved forms used in filing a Complaint and a 28 U.S.C. § 1915 Motion and Affidavit, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Knorr fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 6, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge