IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03156-BNB

STEPHEN H. KNORR,

    Plaintiff,

v.

CHIEF FINANCIAL OFFICER (CFO), BRUCE R. THOMPSON, dba CFO BRUCE R.
    THOMPSON BANK OF AMERICA N.A., and
BANK OF AMERICA N.A., et al. JOHN DOE 1-100, SUCCESSOR BY MERGER BAC
HOME LOANS SERVING, LP FKA COUNTRYWIDE HOME LOANS LP,

    Defendants.

## ORDER OF DISMISSAL

On January 2, 2013, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, finding that he failed to qualify for commencement of this action without prepayment of fees or security pursuant to § 1915. Plaintiff was instructed either to show cause why leave to proceed pursuant to § 1915 should not be denied or in the alternative to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. He was warned that if he failed to comply with the Order within thirty days the Complaint and the action would be dismissed without further notice.

Plaintiff has failed to communicate with the Court and, as a result, has failed to comply within the time allowed. Therefore, the Complaint and the action will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure either to show cause or to pay the $350.00 filing fee in full within the time allowed and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  11th  day of    February   , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court