IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03156-LTB

STEPHEN H. KNORR,

    Plaintiff,

v.

CHIEF FINANCIAL OFFICER (CFO), BRUCE R. THOMPSON, dba CFO BRUCE R.
    THOMPSON BANK OF AMERICA N.A., and
BANK OF AMERICA N.A., et al. JOHN DOE 1-100, SUCCESSOR BY MERGER BAC
HOME LOANS SERVING, LP FKA COUNTRYWIDE HOME LOANS LP,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 11, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 11 day of February, 2013.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/  S. Grimm
                                        Deputy Clerk